IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

|  |  |
|---|---|
| JOSEPH JOHNSON, *et al.* | * |
| *Plaintiffs* <br> v. | * |
|  | *   Civil Action No.: 1:18-cv-03768-CCB |
| MARYLAND TRANSIT <br> ADMINISTRATION | * |
| *Defendant.* | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(6), and 56, the defendant, Maryland Transit Administration ("MTA"), hereby moves to dismiss this lawsuit, or in the alternative, for summary judgment. In their complaint, the plaintiffs claim MTA violated the Fair Labor Standards Act (Count III), the Maryland Wage and Hour Law (Count I), and the Maryland Wage Payment and Collection Act (Count II) by failing to pay one-and-one-half times the regular rate for hours worked above forty in a workweek. The complaint includes no times, dates, or any other facts describing any purported violations.

For the reasons below and those in the attached Memorandum of Law, the complaint should be dismissed or judgment granted in defendant's favor because:

1. The complaint fails to state a claim of any legal violations because plaintiffs have not pleaded facts establishing any plausible violations. *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009).

2. The plaintiffs failed to exhaust contractual remedies under the collective bargaining agreement that governs their entitlement to overtime pay. *Adkins v. Labor Ready, Inc.*, 303 F.3d 496, 506 (4th Cir. 2002); *Gazunis v. Foster*, 400 Md. 541, 562 (2007).

3. The Fair Labor Standards Act claim fails because MTA is entitled to sovereign immunity as a government agency. *Abril v. Virginia*, 145 F.3d 182, 189 (4th Cir. 1998).

4. The Maryland Wage and Hour Law and Maryland Wage Payment and Collection Act allegations fail for all but one plaintiff because only one plaintiff filed a necessary claim notice required by State law. Md. Code Ann., Transp. § 7-702(d).

5. The Maryland Wage and Hour Law and Maryland Wage Payment and Collection Act do not apply to governmental entities like MTA. *See Harden v. MTA*, 277 Md. 399, 408–09 (1976).

WHEREFORE, for the foregoing reasons and those in the attached Memorandum of Law, the defendant requests the complaint be dismissed, judgement granted in the defendant's favor, and for other such relief as justice may require.

Respectfully submitted,

BRIAN E. FROSH
Attorney General of Maryland

Date: December 14, 2018

ERIC S. HARTWIG
Assistant Attorney General
Offices of the Attorney General
Maryland Transit Administration
6 Saint Paul Street, 12th floor
Baltimore, Maryland 21202
Telephone: (410) 767-3904
Facsimile: (410) 767-333-2584
E-mail: EHartwig@mta.maryland.gov

Attorneys for the Defendant

## PROOF OF SERVICE

I HEREBY CERTIFY that on this 14th day of December, 2018, a copy of the foregoing Motion to Dismiss, or in the Alternative Motion for Summary Judgment, Memorandum of Law, and Exhibits were served by the United States District Court Electronic Case Filing System and United States mail, postage prepaid, on James M. Ray, II, Andrew J. Toland III, 300 E. Lombard Street, Suite 815, Baltimore, Maryland 21202, counsel for the plaintiffs.

*/s/ Eric S. Hartwig*
ERIC S. HARTWIG
Attorney for Defendant